**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **CHARLES RAY ANDREWS, JR.,** )  )   **Plaintiff,** ) vs. )   ) **LONE STAR,** )   ) **Defendant.** ) | No. 3:15-CV-0083-P |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

**SIGNED this 1st day of May, 2015.**

_____
**JORGE A. SOLIS**
**UNITED STATES DISTRICT JUDGE**